UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>JACK ALLEN DAHL,<br><br>    Defendant/Judgment Debtor,<br><br>  and<br><br>MODERN DRYWALL, INC.,<br><br>    Garnishee. | Cause No. MC22-0054RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

  This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for a continuing lien on the earnings of Judgment Debtor Jack Allen Dahl. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiff's counsel on June 24, 2022.

  Dated this 16th day of August, 2022.

          */s/ Robert S. Lasnik*
         Robert S. Lasnik
         United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 1